### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Anti-Vibrational Rubber Parts | Case No. 2:13-cv-00803 |
| THIS DOCUMENT RELATES TO:<br><br>END PAYER ACTIONS | |

**CONCURRENCE WITH THE RELIEF SOUGHT IN GEICO'S MOTION TO INTERVENE AND STAY FINAL FAIRNESS DETERMINATION**

PLEASE TAKE NOTICE that GEICO Corporation, Government Employees Insurance Co., GEICO General Insurance Co., GEICO Indemnity Co., GEICO Casualty Co., GEICO Advantage Insurance Co., GEICO Choice Insurance Co., GEICO Secure Insurance Co., GEICO County Mutual Insurance Co. (collectively, "GEICO"), by their counsel listed below, and for its claims against Toyo Tire & Rubber Co., Ltd.; Toyo Automotive Parts (USA), Inc.; Toyo Tire North America OE Sales LLC (collectively, the "Toyo Settling Defendants") and with respect to the Toyo Settling Defendants' Motion to Deny GEICO's Exclusion Request filed in this matter (ECF 237), concurs with the relief sought in GEICO's Motion to Intervene and Stay Final Fairness Determination with respect to other settling defendants (ECF 239) in the above-captioned matter.

.

- 2 -

Dated:  August 15, 2018   Respectfully submitted,

MYERS & MYERS, PLLC:

*/s Rebecca Cassell*

Kelly A. Myers (P49143)
kmyers@myers2law.com
Rebecca J. Cassell (P64456)
rcassell@myers2law.com
915 N. Michigan Avenue
Howell, MI 48843
(517) 540-1700
*Attorneys for Plaintiffs as to the Toyo Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of August, 2018, I caused a true and correct copy of the foregoing Concurrence with The Relief Sought in GEICO's Motion to Intervene and Stay Final Fairness Determination to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Rebecca Cassell*
Kelly A. Myers (P49143)
kmyers@myers2law.com
915 N. Michigan Avenue
Howell, MI 48843
(517) 540-1700

*Attorneys for Plaintiffs as to the Toyo Defendants*

- 3 -