# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness | Case No. 2:12-cv-00103 |
| In Re: Instrument Panel Clusters | Case No. 2:12-cv-00203 |
| In Re: Heater Control Panels | Case No. 2:12-cv-00403 |
| In Re: Bearings | Case No. 2:12-cv-00503 |
| In Re: Anti-Vibrational Rubber Parts | Case No. 2:13-cv-00803 |
| In Re: Windshield Wipers | Case No. 2:13-cv-00903 |
| In Re: Radiators | Case No. 2:13-cv-01003 |
| In Re: Starters | Case No. 2:13-cv-01103 |
| In Re: Automotive Lamps | Case No. 2:13-cv-01203 |
| In Re: Ignition Coils | Case No. 2:13-cv-01403 |
| In Re: HID Ballasts | Case No. 2:13-cv-01703 |
| In Re: Electronic Powered Steering Assemblies | Case No. 2:13-cv-01903 |
| In Re: Fan Motors | Case No. 2:13-cv-02103 |
| In Re: Fuel Injection Systems | Case No. 2:13-cv-02203 |
| In Re: Power Window Motors | Case No. 2:13-cv-02303 |
| In Re: Automatic Transmission Fluid Warmers | Case No. 2:13-cv-02403 |
| In Re: Air Conditioning Systems | Case No. 2:13-cv-02703 |
| In Re: Windshield Washer Systems | Case No. 2:13-cv-02803 |
| In Re: Constant Velocity Joint Boot Products | Case No. 2:14-cv-02903 |
| In Re: Spark Plugs | Case No. 2:15-cv-03003 |
| In Re: Shock Absorbers | Case No. 2:15-cv-03303 |
| In Re: Body Sealing Products | Case No. 2:16-cv-03403 |
| In Re: Interior Trim Products | Case No. 2:16-cv-03503 |
| In Re: Automotive Brake Hoses | Case No. 2:16-cv-03603 |
| In Re: Exhaust Systems | Case No. 2:16-cv-03703 |
| In Re: Ceramic Substrates | Case No. 2:16-cv-03803 |
| In Re: Automotive Steel Tubes | Case No. 2:16-cv-04003 |
| In Re: Access Mechanisms | Case No. 2:16-cv-04103 |
| In Re: Door Latches | Case No. 2:17-cv-11637 |
| THIS DOCUMENT RELATES TO:<br>END-PAYOR ACTIONS | Oral Argument Requested |

# REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DENY GEICO'S EXCLUSION REQUEST AS INVALID AND INEFFECTIVE AND TO ENFORCE LITIGATION STAYS

Defendants moved to deny GEICO's request for exclusion from the Round 3 settlements (the "Settlements") because the exclusion request – when read in the context of GEICO's Complaint in *GEICO, et al. v. Aisan Indus. Co., Ltd., et al.*, No. 2:18-cv-12210-MOB-MKM (E.D. Mich.) ("GEICO 3") and GEICO's briefing in *GEICO, et al. v. Autoliv, Inc., et al.*, No. 2:16-cv-13189-MOB-MKM (E.D. Mich.) ("GEICO 1") – indicated that GEICO was unconstitutionally trying to opt out possibly millions of other, unidentified Class Members so as to "step into their shoes" and press the claims of those other Class Members while also pursuing GEICO's own claims against Defendants.

GEICO now represents that it is not seeking to opt out other Class Members or to exercise purported subrogation rights to their claims. GEICO also represents that the claims it asserts in GEICO 3 are not brought as subrogee and are not otherwise derivative of the claims or injuries of other Class Members. GEICO therefore does not purport to "step into their shoes" for any purpose. In accordance with Rule 23(c)(3), the Court should enter an Order making clear that GEICO's exclusion request has not opted out any Class Members other than the GEICO entities expressly named in the exclusion request.

I.      **GEICO Cannot Pursue the Claims or Rights of Other Class Members Because the Other Class Members Did Not Opt Out**

GEICO does not dispute that if it wished to "step into the shoes" of other Class Members when pursuing claims against the Round 3 Defendants, those other Class Members would need to have requested exclusion from the Settlements. *See* Mot. to Deny at 11-16, 22. Instead, GEICO unequivocally represents that it is not seeking to opt out anyone other than itself. *See*

Mot. to Intervene at 13[1] ("GEICO's exclusion letter did not opt out other class members besides itself and its affiliates . . . ."); GEICO Opp. at 16[2] (stating that GEICO "did not—nor did it attempt—to opt out other class members."); *id*. ("GEICO's exclusion letter did not opt out other class members besides itself and its affiliates . . . ."); *id*. ("GEICO does not seek, and has not sought, to exclude any class members apart from itself and its affiliates.").

GEICO further represents that the claims asserted in GEICO 3 are not based on the exercise of any subrogation rights or are otherwise derivative of the claims of other Class Members. *See* Mot. to Intervene at 13 ("GEICO's claims asserted in its Complaint are not premised on subrogation rights."); *id.* at 14 ("GEICO's claims against the Round 3 Defendants . . . do not rely on a subrogation theory."); GEICO Opp. at 14 (disavowing that GEICO sought to "anonymously opt[] out other class members in an attempt to pursue claims under the guise of subrogation rights. . . . GEICO is not doing so."); *see also* GEICO Reply at 5, n.8[3] ("GEICO premises its claims on its direct injury in paying for auto parts, which are not derivative of its insureds . . . .").

---

[1] "Mot. to Intervene" refers to GEICO's Motion to Intervene and Stay Final Fairness Determination, which was filed in multiple dockets. *See e.g*., Case No. 2:13-cv-00903-MOB-MKM, ECF No. 192.

[2] "GEICO Opp." refers to GEICO's Opposition Response to Defendants' Motion to Deny GEICO's Exclusion Request as Invalid and Ineffective and to Enforce Litigation Stays, different but substantially similar versions of which (sometimes with different pagination and footnote numbering) were filed in multiple dockets. *See*, *e.g.*, Case No. 2:13-cv-00903-MOB-MKM, ECF No. 195-1. Unless otherwise noted, all references in this reply to pagination and footnote numbers in GEICO's opposition brief refer to this version.

[3] "GEICO Reply" refers to GEICO's Reply in Support of its Motion to Intervene and Stay Final Fairness Determination, which was filed in multiple dockets. *See*, *e.g.*, Case No. 2:13-cv-00903-MOB-MKM, ECF No. 201. Unless otherwise noted, all references in Defendants' reply to pagination and footnote numbers in the GEICO Reply refer to this version.

But GEICO then hedges, suggesting that although it is not ***now*** asserting claims based on alleged subrogation rights, it might ***later*** assert them in some unspecified way. Specifically, footnote 21 of its opposition (footnote 18 in some versions) states:

> If it is found that GEICO cannot recover for its direct injuries caused by Defendants' unlawful conduct, GEICO also has subrogation rights. GEICO's subrogation interest is not extinguished simply because a class member settles with Defendants.

GEICO Opp. at 19, n.21. GEICO similarly says "[a]lthough GEICO premises its claims on its direct injury in paying for auto parts, which are not derivative of its insureds, GEICO's subrogation rights when it has made payments to insureds or claimants remain intact and prevent the release of its claims." GEICO Reply at 5, n.8.

GEICO appears to be equivocating in an effort to reserve its ability in the future to "have its cake and eat it, too." This Court need not decide now issues related to claims that have not yet been asserted. *See generally* Opinion and Order Regarding Defendants' Collective Motion to Dismiss Second Amended Complaint, ECF No. 74 at 51-52, Case No. 2:16-cv-13189-MOB-MKM (assuming that GEICO would allege in amended pleadings that it had subrogation rights to cartel-related claims of other class members,[4] but declining to adjudicate whether GEICO's assumed rights as a subrogee were released because GEICO had raised subrogation issues only in its briefing and not in the complaint in GEICO 1). In light of GEICO's representations, only the validity and scope of GEICO's request for exclusion is ripe for decision.

---

[4] *But see* Mot. to Deny at 16-19, 20-22 (establishing that payments for covered losses under an automobile insurance policy do not create subrogation rights to the insureds' or claimants' antitrust and other cartel-related claims; establishing that GEICO's policies create no such right; and establishing that GEICO cannot satisfy the "made-whole" doctrine even if it otherwise had subrogation rights to its insureds' or claimants' antitrust and other cartel-related claims).

## II.        Request for Relief

Only one Class Member other than GEICO submitted an exclusion request. GEICO submitted no evidence of authority to opt out anyone other than itself. And GEICO has unequivocally disclaimed, three times, that its exclusion request seeks to opt out anyone other than itself. The Court should therefore enter an Order denying GEICO's exclusion request to the extent it sought the exclusion of anyone other than itself. If the Court determines that GEICO's failure to comply with the requirements of the Class Notice should be excused, the Court should enter an Order that provides as follows:

> Excluded from the settlement classes are GEICO Corporation, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company,  GEICO Casualty Company,  GEICO Advantage Insurance Company,  GEICO Choice Insurance Company, GEICO Secure Insurance Company, and GEICO County Mutual Insurance Company ("the GEICO Entities"), and Mr. Terry Sershion. No other Class Members are excluded. To the extent that any person or entity attempts to assert the claims of other Class Members, claims that derive from the claims of other Class Members, or claims that any party contends may not be pursued in the absence of an opt out by one or more Class Members other than the GEICO Entities and Mr. Sershion, this Court retains jurisdiction to enforce the terms of the Settlements it has approved and to resolve any such disputes.

In light of GEICO's representation that its exclusion request, if granted, would not exclude any person or entity other than GEICO from the Settlements, Defendants withdraw their objections to GEICO's failure to comply with the Court-approved procedural requirements of the Class Notice and take no position on whether the Court should or should not excuse GEICO's

non-compliance. In light of GEICO's express statements that the claims asserted in the GEICO 3 Complaint do not assert subrogation-based claims and do not otherwise seek recovery for injuries that are derivative of other Class Members' injuries, and in light of the high probability that this Court's recent Order in GEICO 1 will prompt GEICO to amend its complaint in GEICO 3, there is currently no need for the Court to enforce the litigation stays ordered in the Court's Preliminary Approval Orders or to exercise its inherent powers under the All Writs Act. Defendants expressly reserve their rights to seek to enforce the Settlement Agreements and Final Judgments under the Court's continuing jurisdiction if GEICO later seeks to assert claims adjudicated in the Final Judgments entered in these actions.

Dated:  September 10, 2018                    Respectfully Submitted,


  */s/ Michael A. Rubin (w/consent)*
James L. Cooper
Michael A. Rubin
Adam Pergament
Matthew Oster
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
james.cooper@arnoldporter.com
michael.rubin@arnoldpoerter.com
adam.pergament@arnoldporter.com
matthew.oster@arnoldporter.com

Fred K. Herrmann (P49519)
Joanne G. Swanson (33594)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
fherrmann@kerr-russell.com
jswanson@kerr-russell.com

*Counsel for Yamashita Rubber Co., Ltd. and YUSA Corporation*

/s/ *Barry A. Pupkin (w/consent)*

Barry A. Pupkin
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Barry.Pupkin@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Defendants Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc., and Hyundam Industrial Co., Ltd.*

/s/ *George A. Nicoud III (w/consent)*

George A. Nicoud III
Joshua D. Dick
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission St., Ste. 3000
San Francisco, CA 94105
Tel: (415) 393-8200
Fax: (415) 374-8451
TNicoud@gibsondunn.com
JDick@gibsondunn.com

*Counsel for ALPHA Corporation and Alpha Technology Corporation*

/s/ *Maureen T. Taylor (w/consent)*

Herbert C. Donovan (P51939)
Maureen T. Taylor (P63547)
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com
donovan@bwst-law.com

6

*And*

  /s/ Anita F. Stork (w/consent)
Anita F. Stork
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA, 94102
Tel: 415-591-6000
Fax: 415-955-6091
Email: astork@cov.com

*Counsel for Alps Electric Co., Ltd.; Alps Electric*
*(North America), Inc.; and Alps Automotive, Inc.*

  /s/ John Roberti (w/consent)
John Roberti
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com

Michael S. Feldberg
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

*Counsel for Defendants Robert Bosch GmbH and*
*Robert Bosch LLC*

  /s/ Steven A. Reiss (w/consent)
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
Kaj Rozga
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

lara.trager@weil.com
kaj.rozga@weil.com

*Counsel for Defendants Bridgestone Corporation
and Bridgestone APM Company*


  /s/ Steven A. Reiss (w/consent)
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

*Counsel for Defendants Calsonic Kansei
Corporation and CalsonicKansei North America,
Inc.*


  /s/ Michael Martinez (w/consent)
Michael Martinez
Steven Kowal
Molly K. McGinley
Lauren Norris Donahue
**K&L GATES LLP**
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: 312-807-4404
Fax: 312-827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
molly.mcginley@klgates.com
lauren.donahue@klgates.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
Amanda M. Fielder (P70180)
**WARNER NORCROSS & JUDD LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318

Phone: 248-784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Counsel for Chiyoda Manufacturing Corporation*
*and Chiyoda USA Corporation*


 */s/  Ronald M. McMillan (w/consent)*
John J. Eklund (OH 0010895)
Maura L. Hughes (OH 0061929)
Ronald M. McMillan (OH 0072437)
Alexander B. Reich (OH 0084869)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
rmcmillan@calfee.com
areich@calfee.com

Maureen T. Taylor
Herbert C. Donovan
**BROOKS, WILKINS, SHARKEY & TURCO
PLLC**
401 South Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1800 (Phone)
(248) 971-1801 (Fax)
taylor@bwst-law.com
donovan@bwst-law.com

*Attorneys for Defendant Continental Automotive*
*Systems, Inc., Continental Automotive Electronics,*
*LLC, and Continental Automotive Korea Ltd.*


 */s/  Abram J. Ellis (w/consent)*
Abram J. Ellis
**SIMPSON THACHER & BARTLETT LLP**
900 G Street NW
Washington, DC 20001

9

Telephone: 202-636-5500
aellis@stblaw.com

George S. Wang
Shannon K. McGovern
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
gwang@stblaw.com
smcgovern@stblaw.com

*Counsel for Defendants Diamond Electric Mfg. Co.,
Ltd. and Diamond Electric Mfg. Corp.*


  */s/ Michael F. Tubach (w/consent)*
Michael F. Tubach
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8876
Facsimile: (415) 984-8701
mtubach@omm.com

*Counsel for Defendants Eberspächer Exhaust
Technology GmbH & Co. KG, Eberspächer North
America, Inc., MAHLE Behr GmbH & Co. KG, and
MAHLE Behr USA Inc.*


  */s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

Jeremy J. Calsyn

10

Tara L. Tavernia
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
jcalsyn@cgsh.com
ttavernia@cgsh.com

*Counsel for Faurecia Abgastechnik GmbH,*
*Faurecia Systèmes d'Échappement, Faurecia*
*Emissions Control Technologies, USA, LLC and*
*Faurecia Emissions Control Systems, N.A., LLC*


 */s/ Craig S. Seebald (w/consent)*
Craig S. Seebald
Alden L. Atkins
Lindsey Vaala
Ryan Will
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., NW
Suite 500 – West
Washington, DC 20037
(202) 639-6500 (Telephone)
(202) 879-8995 (Facsimile)
cseebald@velaw.com
aatkins@velaw.com
lvaala@velaw.com
rwill@velaw.com

*Attorneys for Hitachi Automotive Systems, Ltd.*


 */s/ A. Paul Victor (w/consent)*
A. Paul Victor
Jeffrey L. Kessler
David Greenspan
James F. Lerner
Elizabeth A. Cate
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-4616
PVictor@winston.com

11

JKessler@winston.com
DGreenspan@winston.com
JLerner@winston.com
ECate@winston.com

*Attorneys for Defendants Hitachi Metals, Ltd.,*
*Hitachi Cable America Inc.,*
*and Hitachi Metals America, Ltd.*


  */s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

*Counsel for INOAC Corporation, INOAC Group*
*North America, LLC, and INOAC USA Inc.*


  */s/ Heather P. Lamberg (w/consent)*
Heather P. Lamberg
Keith R. Palfin
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, DC 20006
Phone: (202) 228-5000
Fax: (202) 202-5100
HLamberg@winston.com
KPalfin@winston.com

Cristina M. Fernandez
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Fax: (212) 294-4700
CFernandez@winston.com

12

*Attorneys for Defendants JTEKT Corporation,*
*JTEKT Automotive North America, Inc., and*
*JTEKT North America Corp., formerly*
*d/b/a Koyo Corporation of U.S.A.*


 /s/ Sheldon H. Klein (w/consent)
Sheldon H. Klein (P41062)
**BUTZEL LONG**
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304
248-258-1414
klein@butzel.com

Richard S. Snyder, Sr.
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
202-777-4565
Richard.snyder@freshfields.com

*Attorneys for Kiekert AG and Kiekert USA Inc.*


 /s/ Franklin R. Liss  (w/consent)
Franklin R. Liss
Matthew Tabas
Emily J. Blackburn
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
frank.liss@arnoldporter.com
matthew.tabas@arnoldporter.com
emily.blackburn@arnoldporter.com

 /s/ Howard B. Iwrey  (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700

Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

Counsel for Defendants Koito Manufacturing Co.,
Ltd. and North American Lighting, Inc.


  /s/ George A. Nicoud III (w/consent)
George A. Nicoud III
Rachel S. Brass
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200
TNicoud@gibsondunn.com
RBrass@gibsondunn.com

Michael R. Dezsi
**DETTMER & DEZSI PLLC**
615 Griswold Street, Suite 1600
Detroit, Michigan 48226
Tel: (313) 879-1206
mdezsi@Dezsilaw.com

*Counsel for Defendants MITSUBA Corporation and
American Mitsuba Corporation*


  /s/ Kenneth R. Davis II (w/consent)
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
Hans N. Huggler
**LANE POWELL PC**
MODA Tower
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone: 503.778.2100
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com
hugglerh@lanepowell.com

Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA  98111-9402
Telephone: 206.223.7000
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 West Big Beaver, Suite 600
Troy, MI 48084
Telephone: 248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp.*
*and Nachi America Inc.*

*/s/ Stefan M. Meisner (w/consent)*
Stefan M. Meisner (DC Bar No. 467886)
Daniel G. Powers (DC Bar No. 997749)
Emre N. Ilter (DC Bar No. 984479)
Lisa A. Peterson (DC Bar No. 1020986)
**McDERMOTT WILL & EMERY, LLP**
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile:  (202) 756-8087
smeisner@mwe.com
dgpowers@mwe.com
eilter@mwe.com
lpeterson@mwe.com

James C. Thomas (P23801)
**O'REILLY RANCILIO, P.C.**
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
586-726-1000

jthomas@orlaw.com

*Counsel for NGK Insulators, Ltd. and*
*NGK Automotive Ceramics USA, Inc.*

 */s/ John M. Majoras (w/consent)*
John M. Majoras
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel:  (202) 879-7652
jmajoras@jonesday.com

Eric P. Enson
**JONES DAY**
555 South Flower St., 50th Floor
Los Angeles, CA 90071
Tel:  (213) 489-3939
epenson@jonesday.com

Stephen J. Squeri
**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Tel:  (216) 586-7237
sjsqueri@jonesday.com

Ellen L. Maxwell-Hoffman
**BOWLES RICE LLP**
600 Quarrier Street
Charleston, WV 25301
Tel:  (304) 347-1186
emaxwell@bowlesrice.com

*Attorneys for Defendants  NGK Spark Plug Co.,*
*Ltd. and NGK Spark Plugs (U.S.A.), Inc.*

 */s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
hiwrey@dykema.com

16

*And*

  */s/ Rachel J. Adcox (w/consent)*
Rachel J. Adcox
**AXINN**
950 F Street NW
Washington, DC 20004
(202) 721-5406
radcox@axinn.com

John M. Tanski
90 State House Square, 9th Fl.
Hartford, CT 06103
(860) 275-8175
jtanski@axinn.com

Nicholas E.O. Gaglio
114 West 47th Street
New York, NY 10036
(212) 728-2228
ngaglio@axinn.com

*Counsel for Nishikawa Rubber Co. Ltd.*

  */s/  Millicent Lundburg (w/consent)*
J. David Rowe
Millicent Lundburg
**DUBOIS, BRYANT & CAMPBELL, LLP**
Colorado Tower
303 Colorado, Suite 2300
Austin, Texas  78701
(512) 457-8000
(512) 457-8008 (fax)
drowe@dbcllp.com
mlundburg@dbcllp.com

*Attorneys for Defendants Sanden Automotive Components Corp.; Sanden Automotive Climate Systems Corp.; and Sanden International (USA), Inc.*

  */s/ Debra H. Dermody (w/consent)*
Debra H. Dermody
Michelle A. Mantine

17

**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3302/4268
Fax: (412) 288-3063
ddermody@reedsmith.com
mmantine@reedsmith.com
      *And*

/s/ *Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendant SKF USA Inc.*


  /s/ *Abram J. Ellis (w/consent)*
Abram J. Ellis
**SIMPSON THACHER & BARTLETT LLP**
900 G Street NW
Washington, DC 20001
Telephone: 202-636-5500
aellis@stblaw.com

George S. Wang
Shannon K. McGovern
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
gwang@stblaw.com
smcgovern@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd.,
Stanley Electric U.S. Co., Inc., and II Stanley Co.,
Inc.*

 /s/ James H. Mutchnik (w/consent)
James H. Mutchnik
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2350
james.mutchnik@kirkland.com

Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1313
eliot.adelson@kirkland.com

Catie Ventura
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
Telephone: (202) 879-5907
Facsimile: (202) 879-5200
catie.ventura@kirkland.com

Joanne Geha Swanson
Fred K. Herrmann
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Fax: (313) 961-0388
Email: jswanson@kerr-russell.com
         fherrmann@kerr-russell.com

*Counsel for Tenneco Inc.; Tenneco Automotive
Operating Co., Inc.; and Tenneco GmbH*


 /s/ David C. Giardina
David C. Giardina
Kevin M. Fee
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL  60603
312-853-7000
dgiardina@sidley.com

19

kfee@sidley.com
*And*

  */s/ Bradley J. Schram*
Bradley J. Schram
MI Bar # P26337
**HERTZ SCHRAM PC**
1760 S. Telegraph Road
Suite 3000
Bloomfield Hills, MI  48302
Tel.:  (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Attorneys for Defendants Toyo Tire & Rubber Co.,*
*Ltd., Toyo Automotive Parts (USA), Inc., and*
*Toyo Tire North America OE Sales LLC*


*/s/ Thomas G. McNeill (w/consent)*
Thomas G. McNeill (P36859)
L. Pahl Zinn (P57516)
Max A. Aidenbaum (P78793)
**DICKINSON WRIGHT PLLC**
500 Woodward Avenue, Ste 4000
Detroit, Michigan 48226
313.223.3500
tmcneill@dickinsonwright.com
pzinn@dickinsonwright.com
maidenbaum@dickinsonwright.com

*Attorneys for Usui Kokusai Sangyo Kaisha, Ltd.*
*and Usui International Corporation*


  */s/ Brian Byrne (w/consent)*
Brian Byrne
**CLEARY GOTTLIEB STEEN & HAMILTON**
**LLP**
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 974-1850
Facsimile: (202) 974-1999
bbyrne@cgsh.com

*Attorney for Valeo S.A.*

20

_/s/ Donald M. Barnes (w/consent)_
Donald M. Barnes
Molly S. Crabtree
Ryan L. Graham
**PORTER WRIGHT MORRIS & ARTHUR LLP**
1900 K Street, NW, Suite 1110
Washington, D.C.  20006
(202) 778-3000
(202) 778-3063 (fax)
dbarnes@porterwright.com
mcrabtree@porterwright.com
rgraham@porterwright.com

_Attorneys for Defendants Yamada Manufacturing Co., Ltd. and Yamada North America, Inc._

## CERTIFICATE OF SERVICE

On this 10th Day of September 2018, the undersigned caused a copy of the foregoing Reply In Support Of Defendants' Motion To Deny Geico's Exclusion Request As Invalid And Ineffective And To Enforce Litigation Stays to be served on all ECF participants via the Court's ECF system.

In addition, on this 10th Day of September 2018, attorney George A. Nicoud III of the law firm of Gibson, Dunn & Crutcher LLP caused a copy of the foregoing to be served by both electronic mail and First Class, U.S. Mail on the following non-ECF participant:

Diane Hazel
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, Colorado  80202-5855
dhazel@lrrc.com

*Counsel for GEICO Corporation and Its Affiliates*

*/s/ David C. Giardina*