# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| In Re: ANTI-VIBRATIONAL RUBBER PARTS CASES | |
| THIS RELATES TO: END-PAYOR ACTIONS | 2:13-cv-00803-MOB-MKM |

## NOTICE OF APPEAL

Notice is hereby given that Yamashita Rubber Co., Ltd., YUSA Corporation, Tokai Rubber Industries, Ltd. (n/k/a Sumitomo Riko Co., Ltd.), DTR Industries, Inc. (n/k/a SumiRiko Ohio, Inc.), Bridgestone Corporation, Bridgestone APM Company, Toyo Tire & Rubber Co., Ltd., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on June 2, 2020 (Case No. 2:13-cv-00803, Dkt. 273) Denying Defendants' Motion to Enforce the District Court's Final Judgments.

Dated: June 22, 2020

Respectfully submitted,

By: /s/ *Adam C. Hemlock*

Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
adam.hemlock@weil.com

Frederick R. Juckniess
**JUCKNIESS LAW FIRM PLC**
302 E. Liberty Street, Ste. 203
Ann Arbor, MI 48104
Telephone: (734) 707-1515
Rick@Juckniesslaw.com

*Counsel for Bridgestone Corporation and Bridgestone APM Company*


*/s/ Matthew J. Turchyn* (with consent)
Bradley J. Schram
Matthew J. Turchyn
**HERTZ SCHRAM PC**
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
Telephone: (248) 335-5000
Facsimile: (248) 335-3346
bschram@hertzschram.com
mturchyn@hertzschram.com

David C. Giardina
Robert N. Hochman
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgiardina@sidley.com
rhochman@sidley.com

*Counsel for Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., and Toyo Tire North America OE Sales LLC*


*/s/ Michael A. Rubin* (with consent)
James L. Cooper
Michael A. Rubin

Adam Pergament
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone:  (202) 942-5000
james.cooper@apks.com
michael.rubin@apks.com
adam.pergament@apks.com

Fred K. Herrmann (P49519)
Joanne G. Swanson (33594)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
fherrmann@kerr-russell.com
jswanson@kerr-russell.com

*On behalf of Yamashita Rubber Co., Ltd. and YUSA Corporation*


*/s/ J. Clayton Everett* (with consent)
J. Clayton Everett , Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
jeverett@morganlewis.com

*On behalf of Sumitomo Riko Company, Ltd. and SumiRiko Ohio, Inc.*


cc:   Gregory P. Hansel
      William G. Caldes

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: June 22, 2020                    By: /s/ *Adam C. Hemlock*
                                          Adam C. Hemlock
                                          Weil, Gotshal & Manges LLP
                                          767 Fifth Avenue
                                          New York, New York 10153-0119
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007
                                          adam.hemlock@weil.com

                                          *Attorney for Bridgestone Corporation and Bridgestone APM Company*